UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN CRUMHOLT                                          CIVIL ACTION

versus                                                 NUMBER: 11-2543

BURL CAIN                                              SECTION: "B"(1)

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of John Crumholt for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 19th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE